

November 12, 2021

Attention:  The Honorable Jane Triche Milazzo
District Court Judge
United States District Court for the Eastern District of Louisiana

Re:  <u>Celestine v. Bissell et al.</u>, Case No. 2:21-cv-00067-JTM-DPC
Update on Status of Communications with Mr. Celestine

Dear Judge Milazzo:

This letter serves to provide the Court with an update regarding plaintiff counsel's ("Counsel") attempts to locate Mr. Celestine. Despite ongoing diligent efforts, Counsel has been unable to contact Mr. Celestine. Counsel has made the following efforts:

- October 15, 2021: phone call to Mr. Celestine and alternative contact; email to Mr. Celestine. <u>See</u> Ex. 1.
- October 19, 2021: email to Mr. Celestine. <u>See</u> Ex. 2.
- October 21, 2021: certified mail letter to address on file. <u>See</u> Ex. 3.
- October 25, 2021: house visit and in-person delivery of letter under door of address on file. <u>See</u> Ex. 4.
- October 28, 2021: phone call to alternative contact and email to Mr. Celestine. <u>See</u> Ex. 5.
- October 29, 2021: email to Mr. Celestine's probation officer. <u>See</u> Ex. 6.
- October 29, 2021: email to Mr. Celestine's prior attorney of record. <u>See</u> Ex. 7.
- November 5, 2021: phone call to Mr. Celestine and alternative contact.
- November 8, 2021: phone call to Mr. Celestine and alternative contact.

On November 10, 2021, Counsel sent an email to opposing counsel ("Defendants"), apprising Defendants of the inability to reach Mr. Celestine. <u>See</u> Ex. 8. Counsel suggested providing Mr. Celestine with an additional two weeks "to ensure he has every opportunity to work with us in pursuing his case" before withdrawing from representation. <u>Id.</u> Counsel also offered to pursue discovery without Mr. Celestine in the event Defendants wanted to resume moving forward.

Defendants called Counsel and agreed to providing Mr. Celestine with an additional two weeks to contact Counsel but did not agree to resuming discovery without Mr. Celestine. Therefore, Counsel will provide Mr. Celestine until the end of the day on November 25, 2021, before respectfully requesting their withdrawal from this matter.



Respectfully submitted,

/s/ Neda Saghafi_____
Neda Saghafi (pro hac vice)
Venable LLP
750 E. Pratt Street, Suite 900
Baltimore, MD 21202
Nsaghafi@venable.com
Telephone: (410) 244-7665
Facsimile: (410) 244-7742

Nora Ahmed (pro hac vice)
ACLU Foundation of Louisiana
P.O. Box 56157
New Orleans, LA 70156
Nahmed@laaclu.org
Telephone: (504) 522-0628
Facsimile: (504) 613-6511

Graham Bosworth
La. Bar No. 29538
700 Camp Street
New Orleans, LA 70130
bosworth@bosworthlegal.com
Telephone: (504) 507-0831

*For Plaintiff Michael Celestine*