UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MICHAEL CELESTINE, | ) |
|          Plaintiff, | ) Case No. 2:21-cv-00067-JTM-DPC |
| v. | ) |
| BRYAN BISSELL ET AL. | ) HON. JANE TRICHE MILAZZO |
| | ) MAG. DONNA PHILLIPS CURRAULT |
|          Defendants. | ) |

**PLAINTIFF'S WITNESS AND EXHIBIT LIST**

NOW INTO COURT, through undersigned counsel, comes Michael Celestine (Plaintiff) who hereby files the following Witness List and Exhibit List:

**A. WITNESS LIST**

1. Michael Celestine

   *Through counsel*
   Neda Saghafi
   750 E. Pratt Street, Suite 900
   Baltimore, MD 21202

2. Richard J. Brzeczek
   3450 South Ocean Blvd. #210
   Palm Beach, Florida 33480
   (312) 446-6439

   Mr. Brzeczek is Plaintiff's expert.

3. Diana Yu
   2601 Tulane Avenue
   New Orleans, LA 70119
   (504) 821-8101

   Ms. Yu is the public defender assigned to Plaintiff before his criminal charges in this incident were nolle prossed.

4. Tania I. Zorub, MD
   1415 Tulane Avenue

New Orleans, LA 70112
(504) 988-5263

Dr. Zorub treated Plaintiff at Tulane Medical Center after the tasing.

5. Any and all witnesses identified by another party, including Defendant Officers Grijalva, Bissell, and O'Dell

6. Any and all witnesses identified as arriving on the scene to provide medical attention or investigate the incident

7. Any and all witnesses identified as providing treatment or taking preliminary intake for Plaintiff's medical conditions associated with the incident

8. Any witness needed to authenticate a document

9. Any witness needed for impeachment

10. Any witness discovered before the discovery deadline

**B. EXHIBIT LIST**

1. Officer Bryan Bissell's body worn camera footage

2. Officer Cody O'Dell's body worn camera footage

3. Officer Derek Llewellyn's body worn camera footage

4. Sgt. Justin Almedia's body worn camera footage

5. Crime Camera footage surveilling Mr. Celestine prior to his apprehension

6. Blue Team Report

7. Resisting Arrest Report

8. Use of Force Report

9. Discharge of CEW Report

10. Incident Report

11. Pertinent portions of the NOPD Operations Manual

12. Pertinent portions of the New Orleans Police Department Consent Decree with the United States Department of Justice

13. Pertinent medical records

14. Relevant portions of deposition transcripts and video

15. Any document referenced in Richard J. Brzeczek's report

16. Any document identified by another party, including those documents from Defendants' exhibit list

17. Any document discovered before the discovery deadline

18. Any document needed for impeachment

19. Any document needed to assist with recollection

Respectfully submitted,

*/s/ Neda Saghafi*_____
Neda Saghafi (pro hac vice)
Venable LLP
750 E. Pratt Street, Suite 900
Baltimore, MD 21202
Nsaghafi@venable.com
Telephone: (410) 244-7665
Facsimile: (410) 244-7742

Catherine N. Taylor (pro hac vice)
Jordan D. Jean (pro hac vice)
Sara R. Krastins (pro hac vice)
Venable LLP
cntaylor@Venable.com
jdjean@venable.com
srkrastins@venable.com

E. Bridget Wheeler
La. Bar No. 37546
ACLU Foundation of Louisiana
P.O. Box 56157
New Orleans, LA 70156
bwheeler@laaclu.org
Telephone: (504) 522-0628
Facsimile: (504) 613-6511

Graham Bosworth
La. Bar No. 29538
700 Camp Street
New Orleans, LA 70130
bosworth@bosworthlegal.com
Telephone: (504) 507-0831

*For Plaintiff Michael Celestine*

**CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the foregoing has been served on all parties in this case, through their respective counsels of record, by filing a copy of same with the Court's ECF system this 5th day of August 2022.

    /s/ Neda Saghafi